U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 11 2007

ROBERT H S......
BY_____ DEPUTY
SHREVEPORT

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| IRA STEPHENS, ON BEHALF OF JAMARK L. JACKSON | CIVIL ACTION NO. 06-1417 |
| versus | JUDGE DONALD E. WALTER |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to deny benefits be **REVERSED**, and that this case be **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 11th day of September, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE